# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PERRY MACKLIN, JR.,<br><br>　　　　Defendant. | Case No.: 2:18-cr-00222-JCM-NJK<br><br>**Order Setting Hearing** |

United States District Judge James C. Mahan referred this matter to the undersigned to resolve a representation issue. Docket No. 24. Accordingly, the Court sets a hearing on June 25, 2019, at 10:30 a.m. in courtroom 3B. Defendant and his counsel are required to be present in the courtroom at the hearing.

IT IS SO ORDERED.

DATED: June 21, 2019.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1