# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-00222-JCM-NJK |
| Plaintiff, | **ORDER** |
| v. | (Docket No. 31) |
| PERRY MACKLIN, JR., | |
| Defendant. | |

Pending before the Court is Defendant Perry Macklin Jr.'s motion for a pre-plea presentence investigation report. Docket No. 31. The Court **GRANTS** Defendant's motion.

IT IS SO ORDERED.

DATED: July 24, 2019.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE