# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>PERRY MACKLIN, JR.,<br><br>　　　　　　　Defendant. | Case No.: 2:18-cr-00222-JCM-NJK<br><br>**Order Setting Hearing**<br><br>(Docket No. 73) |

Pending before the Court is Defendant's motion for temporary release. Docket No. 73. The Court **SETS** a hearing on this motion for November 28, 2022, at 10:00 a.m., in Courtroom 4B.

IT IS SO ORDERED.

DATED: November 22, 2022.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1