RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jackie_Witt@fd.org

Attorney for Perry Macklin, Jr.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>PERRY MACKLIN, JR.,<br><br>        Defendant. | Case No. 2:18-cr-00222-JCM-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

   IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Perry Macklin, Jr., that the Revocation Hearing currently scheduled on January 13, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

   This Stipulation is entered into for the following reasons:

   1.   Defense counsel needs additional time to prepare and gather mitigating documentation for the revocation hearing.

   2.   Defense counsel needs additional time to speak with Mr. Macklin regarding the hearing.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 10th day of January, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Jacquelyn N. Witt<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender | By /s/ Christopher Burton<br>CHRISTOPHER BURTON<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PERRY MACKLIN, JR.,<br><br>　　　　　Defendant. | Case No. 2:18-cr-00222-JCM-NJK<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Friday, January 13, 2023 at 10:00 a.m., be vacated and continued to **March 15, 2023 at 10:30 a.m.**; or to a time and date convenient to the court.

DATED  January 10, 2023

_____
UNITED STATES DISTRICT JUDGE

3